In the Matter of the Application of ISAAC E. PYE et al., Respondents, for the Revocation of Letters Testamentary Issued to ERASTUS VAN HOUTEN, Appellant, upon the Estate of EDWARD G. VAN HOUTEN, Deceased.

*Matter of Pye,* 18 App. Div. 306, affirmed.
(Argued December 6, 1897; decided January 11, 1898.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered

June 14, 1897, which affirmed an order of the Surrogate's Court of Rockland county adjudging appellant guilty of contempt and fining him.

*Garrett Z. Snider* for appellant.

*John M. Perry* for respondents.

Order affirmed, with costs, on opinion below, without prejudice, however, to an application to the Surrogate's Court for a modification of the order imposing a fine in case of a reversal of the decree settling the accounts of the executors and in case it should turn out on the final accounting that there was sufficient property to pay the debts of the testator.
All concur.